UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

:

HAORU CHU et al.,                                                   :

:

Plaintiffs,         :          26-CV-1838 (JMF)

:

-v-                                 :          ORDER

:

TODD BLANCHE et al.,[1]                                             :

:

Defendants.         :

:

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on March 5, 2026, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendants.  In view of that and the lack of an appearance by Defendants, the initial pretrial conference currently scheduled for June 4, 2026, *see* ECF No. 5, is ADJOURNED to **July 16, 2026, at 9:00 a.m.**

Plaintiffs are reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause.  If Plaintiffs believe that Defendants have been served, Plaintiffs shall promptly communicate with the Court, in writing, when and in what manner such service was made.  If not, Plaintiffs shall promptly file proof of service after service is made.

Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **May 29, 2026**.  If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: May 26, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[1]      Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Attorney General Todd Blanche is automatically substituted for Pamela Bondi as Defendant.  The Clerk of Court is directed to update the docket accordingly.